

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Martin Flores,                          * From the 142nd District Court
                                          of Midland County
                                          Trial Court No. CR44415.

Vs. No. 11-16-00296-CR                  * January 25, 2018

The State of Texas,                     * Memorandum Opinion by Willson, J.
                                          (Panel consists of: Willson, J.,
                                          Bailey, J., and Wright, S.C.J., sitting
                                          by assignment)

        This court has inspected the record in this cause and concludes that there is no error in the judgments below.  Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.